AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FILED
OCT 09 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY_____ DEPUTY

WESTERN _____ DISTRICT OF __OKLAHOMA__

GILBERT RAY POSTELLE,
    Petitioner,

v.

ANITA TRAMMELL, Interim Warden,
Oklahoma State Penitentiary,
    Respondent.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

# CIV-12-1110 F

I, __Gilbert Ray Postelle__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff       [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant       [ ] _____
                                    other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

File a Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C., Section 2254.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes [ ]    No [X]

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    never

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment       Yes [ ]    No [X]
    b. Rent payments, interest or dividends?                       Yes [ ]    No [X]
    c. Pensions, annuities or life insurance payments?             Yes [ ]    No [X]
    d. Gifts or inheritances?                                      Yes [ ]    No [X]
    e. Any other sources?                                          Yes [X]    No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*family sends small amount of money when they can. Not very often.*

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *none*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/5/12__          __Gilbert Poslela__
           (Date)                     Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __126.54__ on account to his credit at the __Oklahoma State Penitentiary__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ __66.98__

__[signature]__
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge        Date | _____  _____ <br> United States Judge        Date <br> or Magistrate |

Date\Time: 10/3/2012 10:49:34 AM
Institution: OSP

**ODOC**
**Offender Statement Report**

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0585999 | POSTELLE, GILBERT | OSP | UNIT H SW | QUAD 4 SW4T-CELL E |

**Transaction List**

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/03/2012 | BEGINNING BALANCE | | | | | $2.15 |
| 04/03/2012 | OUTSIDE SOURCE | 1115486 | 37835 | BLICK ART MATERIALS | $3.84 | $5.99 |
| 04/03/2012 | OUTSIDE SOURCE | 19260288494 | 37836 | POSTELLE, PATSY | $150.00 | $155.99 |
| 04/05/2012 | SALES | 95 | | | ($31.12) | $124.87 |
| 04/11/2012 | LEGAL COPAY | 4-4-12 | | | ($1.00) | $123.87 |
| 04/12/2012 | SALES | 62 | | | ($41.36) | $82.51 |
| 04/19/2012 | SALES | 10 | | | ($81.05) | $1.46 |
| 05/03/2012 | SALES | 12 | | | ($1.22) | $0.24 |
| 05/07/2012 | OUTSIDE SOURCE | 19773465131 | 39044 | POSTELLE, PATSY | $200.00 | $200.24 |
| 05/07/2012 | SALES | 35 | | | ($23.98) | $176.26 |
| 05/10/2012 | SALES | 14 | | | ($9.00) | $167.26 |
| 05/10/2012 | SALES | 85 | | | ($70.58) | $96.68 |
| 05/15/2012 | SALES | 11 | | | ($7.91) | $88.77 |
| 05/17/2012 | SALES | 44 | | | ($34.60) | $54.17 |
| 05/24/2012 | SALES | 49 | | | ($40.63) | $13.54 |
| 05/31/2012 | SALES | 56 | | | ($7.40) | $6.14 |
| 06/07/2012 | SALES | 24 | | | ($5.84) | $0.30 |
| 06/08/2012 | OUTSIDE SOURCE | 20063955587 | 40264 | POSTELLE, PATSY | $170.00 | $170.30 |
| 06/14/2012 | SALES | 10 | | | ($61.70) | $108.60 |
| 06/21/2012 | SALES | 60 | | | ($59.26) | $49.34 |
| 06/27/2012 | SALES | 88 | | | ($9.28) | $40.06 |
| 06/28/2012 | OUTSIDE SOURCE | 20063958063 | 40975 | WILDER, NORMA | $50.00 | $90.06 |
| 07/02/2012 | SALES | 27 | | | ($31.64) | $58.42 |
| 07/05/2012 | SALES | 89 | | | ($56.70) | $1.72 |
| 07/12/2012 | SALES | 40 | | | ($1.47) | $0.25 |
| 07/13/2012 | OUTSIDE SOURCE | 20063967851 | 41557 | POSTELLE, PATSY | $50.00 | $50.25 |
| 07/13/2012 | SALES | 7 | | | $1.47 | $51.72 |
| 07/16/2012 | OUTSIDE SOURCE | 20063961268 | 41620 | POSTELLE, PATSY | $150.00 | $201.72 |
| 07/25/2012 | SALES | 27 | | | ($9.00) | $192.72 |
| 07/25/2012 | SALES | 83 | | | ($16.01) | $176.71 |
| 08/01/2012 | SALES | 24 | | | ($9.00) | $167.71 |
| 08/01/2012 | SALES | 66 | | | ($13.82) | $153.89 |
| 08/02/2012 | SALES | 3 | | | ($106.69) | $47.20 |
| 08/07/2012 | OUTSIDE SOURCE | 20063966141 | 42350 | POSTELLE, PATSY | $150.00 | $197.20 |
| 08/08/2012 | SALES | 17 | | | ($9.00) | $188.20 |
| 08/08/2012 | SALES | 43 | | | ($17.00) | $171.20 |
| 08/15/2012 | SALES | 4 | | | ($72.44) | $98.76 |
| 08/15/2012 | SALES | 41 | | | ($92.62) | $6.14 |
| 08/22/2012 | SALES | 65 | | | ($2.44) | $3.70 |
| 08/29/2012 | SALES | 58 | | | ($3.43) | $0.27 |
| 09/03/2012 | JPAY | 0000000020806761 | | POSTELLE, PATSY | $150.00 | $150.27 |
| 09/05/2012 | SALES | 81 | | | ($66.20) | $84.07 |
| 09/11/2012 | SALES | 13 | | | ($2.44) | $81.63 |
| 09/12/2012 | SALES | 46 | | | ($71.60) | $10.03 |
| 09/26/2012 | SALES | 35 | | | ($8.73) | $1.30 |

Date\Time: 10/3/2012 10:49:34 AM  
Institution: OSP

# ODOC
## Offender Statement Report

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 10/03/2012 | JPAY | 0000000021347093 | | POSTELLE, PATSY | $200.00 | $201.30 |
| 10/03/2012 | SALES | 23 | | | ($74.76) | $126.54 |

### Summary Balances

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $126.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.54 |

3

| Date\Time: 10/3/2012 10:49:34 AM | ODOC | |
|---|---|---|
| Institution: OSP | **Offender Statement Report** | |
| **Start Date:** 4/3/2012 | **End Date:** 10/3/2012 | |
| **Offender/Group#:** 0585999 | **Offender/Group Name:** POSTELLE, GILBERT R | |
| **Unit:** All | | |

Date\Time: 10/3/2012 10:49:34 AM
Institution: OSP

ODOC
Offender Statement Report

Start Date: 4/3/2012   End Date: 10/3/2012
Offender/Group#: 0585999   Offender/Group Name: POSTELLE, GILBERT R

1