IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT RAY POSTELLE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. CIV-12-1110-F |
| ) | |
| JIM FARRIS, Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

ENTER ORDER:

   Counsel for Petitioner granted until November 24, 2021, to submit Proposed Clemency Budget.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

                                        CARMELITA REEDER SHINN, Clerk

                                        By:   /s/ Carrie James

Dated:  November 12, 2021
Copies to parties of record